MARY F. CRONE, an Infant, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 1, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made October 26, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*James Fraser Gluck* for appellant.

*Myron H. Clark* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., taking no part.
Judgment affirmed.

---

JOHN BAKER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued March 1, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 20, 1892, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*J. Newton Fiero* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., taking no part.
Judgment affirmed.

---

WILLIAM O. ALLISON, Appellant, *v.* HARVEY N. LOOMIS et al., Impleaded, etc., Respondents.

(Argued March 1, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in fourth judicial department, entered upon an order

made September 13, 1892, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*Theron G. Strong* for appellant.

*Louis Marshall* for respondents.

Agree to affirm on opinion of General Term on first appeal.*
All concur.
Judgment affirmed. _____

JOSE F. J. XIQUES, Appellant, *v.* THE BRADSTREET COMPANY, Respondent.

(Argued March 5, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made August 30, 1893, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*Hector M. Hitchings* for appellant.

*John H. Bird* for respondent.

Agree to affirm on opinion below.†
All concur.
Judgment affirmed.   · _____

T. THOMAS FORTUNE, Respondent, *v.* JAMES TRAINOR, Appellant.

(Argued March 5, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 29, 1892, which affirmed a judgment in favor of

---

*29 N. Y. S. R. 617; 9 N. Y. Supp. 33; *Mem. of decision,* 55 Hun, 612.
†70 Hun, 334.